UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE D. SCHREANE,<br><br>    Petitioner,<br><br>    v.<br><br>S. LAKE,<br><br>    Respondent. | No. 1:18-cv-00732-AWI-SKO (HC)<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL**<br><br>**(Doc. 18)** |

    Petitioner, Clarence D. Schreane, is a federal prisoner proceeding pro se with a petition for habeas corpus pursuant to 28 U.S.C. § 2241. On November 15, 2018, the instant petition for writ of habeas corpus was dismissed, the Court declined to issue a certificate of appealability, and judgment was entered. On November 30, 2018, Petitioner filed a notice of appeal.

    On December 17, 2018, Petitioner filed an application to proceed in forma pauperis on appeal. Examination of Petitioner's application to proceed in forma pauperis shows that Petitioner is unable to afford the costs of an appeal. Accordingly, the application to proceed in forma pauperis on appeal is GRANTED. *See* 28 U.S.C. § 1915.

The Clerk is directed to serve a copy of this order on the Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

Dated: **December 19, 2018**     /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE